**Clyde B. WASHBURN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 06–3147.

United States Court of Appeals, Federal Circuit.

March 14, 2006.

Clyde B. Washburn, pro se.

ORDER

Order Vacated, See 2006 WL 1308638.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ACE ANTENNA COMPANY, Appellant,**

v.

**Mark A. HOFFMAN, Appellee.**

No. 05–1436.

United States Court of Appeals, Federal Circuit.

March 16, 2006.

Before NEWMAN, SCHALL, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36